SO ORDERED.

Dated: July 27, 2015

Eddward P. Ballinger Jr., Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RACHAEL EARL,<br><br>Debtor | Chapter 13<br><br>No. 2:13-bk-18751-EPB<br><br>Adv. No. 2:15-ap- 00559 -EPB |
| RACHAEL EARL and DAN EARL,<br><br>Plaintiffs,<br>vs.<br><br>DIANE MANN, as Chapter 7 Trustee,<br><br>Defendant. | ORDER TO DISMISS THIRD CAUSE OF ACTION OF COMPLAINT WITHOUT PREJUDICE TO FILING A SEPARATE MOTION FOR THE RELIEF SOUGHT. |

Pursuant to motion, and good cause appearing,

IT IS ORDERED dismissing Plaintiffs' Third Cause of Action (11 U.S.C. 503 Administrative Claim) without prejudice to Plaintiff filing the appropriate motion for this claim.

**DATED AND SIGNED AS NOTED ABOVE:**